IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KEVIN LAROY POWER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. CIV-25-117-GLJ |
| | ) |
| **FRANK J. BISIGNANO,**[1] | ) |
| **Commissioner of the Social** | ) |
| **Security Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## CORRECTED OPINION AND ORDER

The Court, having considered Defendant's Unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) [Docket No. 14], hereby grants Defendant's Motion and REMANDS the case to Defendant for further proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g). *See Shalala v. Schaefer*, 509 U.S. 292, 297 n.2 (1993).

Upon remand by the Court, the Appeals Council shall issue an amended decision addressing the issues raised in the representative's January 7, 2025, letter objecting to the partially favorable decision. In issuing its amended decision, the Appeals Council will not disturb the favorable portion of the decision. The Court will retain jurisdiction over the case until after the conclusion of the remand proceedings. Final judgment shall not enter until such time as the remand proceedings are completed and the matter returns to this Court.

---

[1] On May 6, 2025, Frank J. Bisignano became the Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Mr. Bisignano is substituted for Leland Dudek as the Defendant in this action.

**IT IS SO ORDERED** this 22nd day of October 2025.

_____
**GERALD L. JACKSON**
**UNITED STATED MAGISTRATE JUDGE**